RAY E. SENKUS, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order unanimously modified by directing that the verdict be set aside and a new trial ordered unless the plaintiff stipulate to reduce the verdict to $50,000, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of DAVID S. LEVIN (Admitted as DAVID SOLOMON LEVIN), an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of J. RICHARD DAVIS.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of MAURICE B. GLADSTONE, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of CARL J. LEWIS.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CHICAGO TITLE & TRUST COMPANY, as Trustee under Trust Agreement between DONALD RILEY and CHICAGO TITLE & TRUST COMPANY, Dated March 5, 1926, Appellant, v. MAX ANNENBERG, Respondent, Impleaded with Others.— Order unanimously affirmed, without costs, but the case set for trial peremptorily as against the defendants on the 15th day of January, 1938. If in the meantime defendants' counsel desires an examination of the plaintiff before trial, the same may be had pursuant to the stipulation submitted to this court, and in accordance with defendants' notice of motion for such relief dated October 9, 1937, as to the issues and officers of the plaintiff; said examination, however, shall be had in Chicago, Ill., upon not less than three days' notice to be given by defendants. Plaintiff will pay railroad fare to Chicago and return of defendants' counsel, and will at the time and place of examination supply a stenographer to transcribe the testimony and will produce all relevant books, records and papers in its possession. The failure to conclude this examination shall not be urged by the defendants as any cause or reason for an adjournment of the trial as above set. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of E. O. ROBERTS COMPANY, INC., Appellant, Respondent, v. THE CITY OF NEW YORK, Respondent, Appellant.— Judgment, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JAMES F. T. O'CONNOR, as Comptroller of the Currency, and Others, Appellants, v. BANKERS TRUST COMPANY and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Callahan, JJ. [159 Misc. 920.]

THOMAS E. FITZGERALD, Respondent, v. BESSIE FITZGERALD, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Dore and Cohn, JJ.; Glennon, J., dissents.